IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

MOLLY M. GOSSON, Individually and as
Administrator of the Estate of Gary Gosson,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

Civil Action No.: 5:15-CV-00536
(FJS/TWD)

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, by and through her counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice.

DATED: March 24, 2016

PORTER NORDBY HOWE LLP
*Attorneys for Plaintiff*

By: _____
Michael S. Porter, of Counsel (512707)
Eric C. Nordby, of Counsel (506583)

Office & P.O. Address
125 East Jefferson Street, 11th Floor
Syracuse, New York 13202-2550
315.477.9900
315.477.9923 (facsimile)

TO: UNITED STATES ATTORNEY
Karen F. Lesperance, Esq., of Counsel
*Attorneys for Defendant United States of America*
Office & P.O. Address
James T. Foley U.S. Courthouse
Albany, New York 12207

IT IS SO ORDERED:

_____
Frederick J. Scullin, Jr.
Senior U.S. District Judge

Dated: March 25, 2016
Syracuse, NY